UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 24, 2010

No. 09-4271

UNITED STATES OF AMERICA

v.

LAWRENCE SCOTT WARD, Appellant

(E.D. Pa. No. 2-08-cr-00148-001)

Present:      SCIRICA, FUENTES and JORDAN, Circuit Judges

Unopposed Motion by Appellant to Publish the Court's Opinion
dated October 27, 2010.

                                        Respectfully,
                                        Clerk/arl

_____ORDER_____

The foregoing Unopposed Motion by Appellant to Publish the Court's Opinion dated
October 27, 2010, is hereby GRANTED.

                                        By the Court,

                                        /s/   Kent A. Jordan
                                        Circuit Judge

Dated:  24 November 2010